# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
MAY 24 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 5:16-Mj-487 |
|  | ) |
| GERARDO GARCIA | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 23, 2016__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751(a) | Willful and unlawful escape from an institution ordered by the United States Bureau of Prisons.<br><br>PENALTIES: Up to 5 years imprisonment, $250,000 fine, up to 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

USMS/Corina Castro
Printed name and title

Sworn to before me and signed in my presence.

Date: 05/24/2016

City and state: San Antonio, Texas

_____
Judge's signature

HENRY J. BEMPORAD, US MAGISTRATE JUDGE
Printed name and title

# Affidavit

I, Corina Castro being duly sworn as a Deputy United States Marshal, state the following in support of Application for Arrest Warrant.

I am a Deputy United States Marshal of the United States Marshals Service. I am currently assigned to the Lone Star Fugitive Task Force in the San Antonio Division. I have been a Deputy U.S. Marshal for approximately 8 years and graduated from basic training at the Federal Law Enforcement Training Center in 2008.

The information in this affidavit is based upon my personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause in connection with this Application for an Arrest Warrant. The information is not a complete statement of all the facts related to this case.

On February 20, 2013, GERARDO GARCIA was originally sentenced to 46 months imprisonment and 3 years Supervised Release, in the District Court for the Southern District of Texas, in case number MO-11-507-02 for Felon in Possession of a Firearm. The Bureau of Prisons was authorized by the Attorney General to take custody of GERARDO GARCIA pursuant to this sentence.

On May 23, 2016, a Notice of Escaped Federal Prisoner was filed by the United States Bureau of Prisons and provided to the United States Marshals Service to locate and apprehend GERARDO GARCIA. According to the Bureau of Prison's Notice of Escaped Federal Prisoner, on May 23, 2016 at 02:35pm, staff at the Crosspoint Inc. Halfway House in San Antonio, Texas, conducted a drug test and GARCIA tested positive for K2. While awaiting pick up from the US Marshals Service transport it was discovered that GARCIA had left the Crosspoint Halfway House at approximately 2:35PM. GARCIA has not returned to the half-way house and his whereabouts are unknown.

Based on the facts provided in this affidavit, I am requesting that an arrest warrant be issued for GERARDO GARCIA, charging him with escape from the custody of the United States Bureau of Prisons Half House Half-Way House in San Antonio, TX.

_____
Affiant Corina Castro
Deputy United States Marshal
United States Marshals Service

Sworn to and subscribed before me, this the 24th day of May, 2016.

_____
HENRY J. BEMPORAD
United States Magistrate Judge